United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH INC., | No. CV 03-01603 VRW |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION** |
| TRUSTEES OF COLUMBIA UNIV, | |
| Defendant. | |

The JOINT PRE-CLAIM CONSTRUCTION SCHEDULE filed in the above captioned case is **GRANTED.**

**IT IS SO ORDERED**

Dated: November 20, 2003

/S/
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE