1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    Adrian M. Pruetz (Bar No. 118215)
     Charles K. Verhoeven (Bar No. 170151)
3    Victoria F. Maroulis  (Bar No. 202603)
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065
   Telephone: (650) 620-4500
5  Facsimile: (650) 620-4555

6  Attorneys for Plaintiff
   Genentech, Inc.

7

8

                IN THE UNITED STATES DISTRICT COURT

9

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

                       SAN FRANCISCO DIVISION

11

12 | GENENTECH, INC.,              ) CASE NO. C 03-1603 VRW
                                   )
13 |            Plaintiff,          ) DECLARATION OF VICTORIA F.
                                   ) MAROULIS IN SUPPORT OF PLAINTIFF
14 |       v.                       ) GENENTECH'S MOTION FOR (1)
                                   ) DECLARATION THAT THE ROYALTIES
15 | THE TRUSTEES OF COLUMBIA       ) DUE *PENDENTE LITE* WILL BE
    UNIVERSITY OF THE CITY OF NEW   ) REFUNDED IN THE EVENT OF A
16  YORK,                           ) FINDING OF INVALIDITY AND (2)
                                   ) ESTABLISHMENT OF AN ESCROW
17 |            Defendant.          ) ACCOUNT FOR THE DEPOSIT OF
                                   ) ROYALTIES
18                                 )
                                   )
19                                 )
                                   ) Date: February 19, 2004
20                                 ) Time:  2 p.m.
                                   ) Courtroom:  The Honorable Vaughn R.
21                                 ) Walker

22

23

24

25

26

27

28

50656/58015.1

VFM Dec ISO Motn Refund of Royalties
Case No. C 03-1603 VRW

1         I, Victoria F. Maroulis, declare as follows:

2         1.     I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff Genentech, Inc. ("Genentech"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

6         2.     Attached hereto as Exhibit A is a true and correct copy of the Complaint in <u>Wyeth and Genetics Institute LLC v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-11570 MLW.

9         3.     Attached hereto as Exhibit B is a true and correct copy of the Amended Complaint in <u>Biogen, Inc., Genzyme Corp. and Abbot Bioresearch Center, Inc. v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-11329 MLW.

12         4.     Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Michael J. Cleare, PhD. filed in support of Columbia's Motion to Transfer in <u>Biogen, Inc., Genzyme Corp. and Abbot Bioresearch Center, Inc. v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-11329 MLW.

16         5.     Attached hereto as Exhibit D is a true and correct copy of an article by Charles R. Babcock from The Washington Post, page E3, entitled "Senator Tries to Extend Alma Mater's Patent Columbia Would Gain $100 Million a Year" dated May 19, 2000.

19         6.     Attached hereto as Exhibit E is a true and correct copy of the Complaint in <u>Immunex Corp. and Amgen Inc. v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-4349 MRP.

22         7.     Attached hereto as Exhibit F is a true and correct copy of the Complaint in <u>Johnson & Johnson v. The Trustees of Columbia University of the City of New York</u>, Case No. 03-CV-8811.

25         8.     Attached hereto as Exhibit G is a true and correct copy of the Complaint in <u>The Trustees of Columbia University in the City of New York v. Johnson & Johnson and Ares Trading S.A.</u>, Case No. 03-4875-JL.

28

9. Attached hereto as Exhibit H is a true and correct copy of the Complaint in <u>Baxter Healthcare Corp. v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-12221 MLW.

10. Attached hereto as Exhibit I is a true and correct copy of the Complaint in <u>Serono Inc. v. The Trustees of Columbia University in the City of New York</u>, Case No. 03-12401 MLW.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2003, at Redwood Shores, California.

_____
Victoria F. Maroulis