IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC, | No C 03-1603 VRW |
|     Plaintiff, | ORDER |
|     v | |
| TRUSTEES OF COLUMBIA UNIVERSITY OF THE CITY OF NEW YORK, | |
|     Defendant. | |

    On December 2, 2003, the court stayed discovery in this case "for such time as the JPML [Judicial Panel on Multidistrict Litigation] has pending motions regarding this litigation." Doc # 22. On December 10, 2003, plaintiff filed a motion with the court seeking various relief. Doc # 25.

    The court finds that a stay on all pre-trial procedures is appropriate for the same reasons that the court stayed discovery. See Doc # 22. Accordingly, the court hereby TERMINATES plaintiff's motion as an administrative matter. The

//

1 | parties are DIRECTED to keep the court apprised of any
2 | developments in the JPML proceedings.
3 |
4 |       IT IS SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Judge**