E-filing

FILED

FEB 6 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC, | No C 03-1603 VRW |
| Plaintiff, | ORDER |
| v | Amended |
| TRUSTEES OF COLUMBIA UNIVERSITY | |
| OF THE CITY OF NEW YORK, | |
| Defendant. | |

_____/

        Plaintiff Genentech moves the court to withdraw the
firm Weil, Gotshal & Manges LLP as attorneys in the case. Doc #
6. Because the firm Quinn Emanuel Urquhart Oliver & Hedges
makes a simultaneous appearance as substitute counsel, the court
GRANTS plaintiff's motion (Doc # 6). See Civ LR 11-5.

        IT IS SO ORDERED.

        VAUGHN R WALKER
        United States District Judge

United States District Court
For the Northern District of California